IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ISABEL JONES, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-3649 |
| | § | |
| JIM HAMILTON, *et al.*, | § | |
|    Defendants. | § | |

**FINAL JUDGMENT**

On January 20, 2005, the parties consented to proceed before a United States Magistrate Judge, for all further proceedings, including trial and entry of final judgment, under 28 U.S.C. § 636(c). (Docket Entry # 25). On April 25, 2005, Defendant filed a motion for summary judgment, under Rule 56(c) of the Federal Rules of Civil Procedure. (Docket Entry # 31). By Memorandum Order this date, the court GRANTED that motion. (Docket Entry # 38).

Accordingly, it is ORDERED that Plaintiff take nothing, and that the action be DISMISSED on the merits, with prejudice. Each party to bear its own costs.

This is a FINAL JUDGMENT.

The Clerk shall enter this order and provide a true copy to all counsel of record.

SIGNED at Houston, Texas, this 7th day of September, 2005.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE